# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia
### Augusta Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 JUN -3 AM 11: 23
CLERK [signature]
SO. DIST. OF GA.

United States of America )
v. )
Naun Padilla, aka "Lo" )
) Case No: 1:13CR00220-6
) USM No: 18552-021

Date of Original Judgment: June 4, 2015 ) Frank Adam Nelson
Date of Previous Amended Judgment: Not Applicable ) Defendant's Attorney
*(Use Date of Last Amended Judgment if Any)*

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[X] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated    June 4, 2015,    shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 6/3/2016

[signature]
Judge's signature

J. Randal Hall
United States District Judge
*Printed name and title*

Effective Date: _____
*(if different from order date)*