IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | CR 113-220 |
| NAUN PADILLA | * | |

ORDER

On June 3, 2016, this Court denied Defendant relief under 18 U.S.C. § 3582(c)(2) after a thorough review of the applicability of Amendment 782 to the United States Sentencing Guidelines. A few days thereafter, Defendant sent to the Court for filing[1] a motion seeking a reduction under this same guideline amendment. Because the Court has already ruled on this issue, the motion (doc. no. 483) is **DENIED AS MOOT**. The Clerk is directed to attach a copy of the Order of June 3, 2016, to the service copy of this Order.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of July, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The envelope containing the filing was postmarked on June 7, 2016.